**CAROL ANN MOSES #164193**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California 93720
Telephone: (559) 449-9069
Facsimile:  (559) 513-8530

Attorney for Defendant, MICHELLE MAZZETTI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 6:11-mj-00090-MJS |
|---|---|---|
| Plaintiff, | ) ) ) ) | STIPULATION BETWEEN PARTIES TO WAIVE APPEAL RIGHTS IN EXCHANGE FOR DISMISSAL OF COUNT 4 - DISORDERLY |
| vs. | ) ) | CONDUCT, UNREASONABLE NOISE; PROPOSED ORDER THEREON |
| MICHELLE MAZZETTI, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED by and between the Defendant, MICHELLE MAZZETTI,

her Attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park

Service, SUSAN ST. VINCENT, that pursuant to Rule 48 of the Federal Rules of Criminal

Procedure,  and by leave of the Court endorsed hereon, the government recommends dismissal

///

///

///

///

///

///

1  with prejudice of Count 4 of the Criminal Complaint; a violation of 36 CFR 2.34(a)(3) -
2  Disorderly Conduct - Unreasonable Noise.  The parties further stipulate any and all appeal rights
3  will be waived as to every count charged in the criminal complaint.

4  Dated: July 18, 2012                /s/ Carol Ann Moses
                                       CAROL ANN MOSES
5                                      Attorney for Defendant,
                                       MICHELLE MAZZETTI
6

7  Dated: July 18, 2012                /s/ Susan St. Vincent
                                       SUSAN ST. VINCENT
8                                      Legal Officer
                                       National Park Service

ORDER

The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS: The Stipulation of the parties is not acceptable to the Court and is rejected.  The Court's Order signed May 17, 2012 (ECF No. 26) stands as the Court's ruling in this case.  The Clerk of the Court is directed to set a date for sentencing.

IT IS SO ORDERED.

Dated:     July 20, 2012                                /s/ *Michael J. Seng*
                                                                          UNITED STATES MAGISTRATE JUDGE