```
BENJAMIN B. WAGNER
United States Attorney
ANDREW L. GRADMAN
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>MICHELLE MAZZETTI,<br><br>                Defendant. | CASE NO.: CR. No. 1:12-cr-00288 AWI<br><br>STIPULATION AND REQUEST FOR 60-DAY EXTENSION OF TIME TO FILE REPLY BRIEF; ORDER<br><br>Current due date: 12/31/12<br>Requested due date: 2/25/13 |

    Plaintiff/Appellee United States of America, by and through Benjamin B. Wagner, United States Attorney, and ANDREW L. GRADMAN, Special Assistant United States Attorney, hereby requests a two-month extension of time in which to file the reply brief in the above-entitled case, from Monday, December 31, 2012 to February 25, 2013.

    The parties stipulate that this extension is necessary. Furthermore, by the attached declaration, counsel declares that this extension is necessary.

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: December 17, 2012    By:    /s/ Andrew L. Gradman
                                   ANDREW L. GRADMAN
                                   Special Assistant U.S. Attorney

Dated: December 17, 2012    By:    /s/ Katherine Hart
                                   KATHERINE HART, Attorney for
                                   MICHELLE MAZZETTI
```

- 1 -

**DECLARATION OF COUNSEL**

I, ANDREW GRADMAN, do hereby declare under penalty of perjury as follows:

1. I am a Special Assistant U.S. Attorney for the Eastern District of California. I am an attorney of record in this case and am familiar with the facts described below.

2. On October 8, 2012, defendant requested a two-month extension of time within which to file its opening brief.  As a result of this extension, defendant's brief was made due on December 10, 2012, and plaintiff's brief became due on December 31.

3. I will be unavailable to work on the brief.  As a SAUSA, I was employed by the USAO for a one-year term which ended on November 22. I continue to volunteer with the office through December 31, but with a reduced caseload.  Thus, I am not available to write this brief.

4. There are two other attorneys assigned to misdemeanors.  Ian Whitney started with this office on December 5, 2012, and cannot currently write a brief due December 31.  Megan Richards is assisting with a trial set for January 8, 2013, <u>USA v. Jawad et al</u>, 1:06-cr-00365-LJO, and for that reason is likewise unavailable to write the brief.

5. Michelle Mazzetti will not be prejudiced by this extension since she is not in custody and her offense was a Class B misdemeanor.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 17th day of December, 2012, at Fresno, California.

                                      /s/ Andrew L. Gradman
                                      ANDREW L. GRADMAN
                                      Special Assistant U.S. Attorney

ORDER

Good cause appearing, it is hereby ordered as follows:

    That the reply brief and supplemental excerpts of record in the appeal in case 1:12-cr-00288 AWI, U.S. v. MICHELLE MAZZETTI are due February 25, 2013.

IT IS SO ORDERED.

Dated:   December 17, 2012                /s/                         
                                                    UNITED STATES DISTRICT JUDGE