BENJAMIN B. WAGNER
United States Attorney
IAN P. WHITNEY
Special Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
  United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHELLE MAZZETTI,<br><br>   Defendant. | Case. No. 1:12-cr-00288-AWI<br><br>(Magistrate number 6:11-mj-00090-MJS)<br><br>**STIPULATION FOR DISMISSAL; ORDER**<br><br>Fed. R. Crim. Proc. 48(a) |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record that pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon, the government requests dismissal with prejudice of Count 4 of the Criminal Complaint; a violation of 36 CFR 2.34(a)(3)- Disorderly Conduct - Unreasonable Noise.

On July 18, 2012, the parties submitted a Stipulation to Waive Appeal Rights in Exchange for Dismissal of Count 4 to Magistrate Judge Seng. Docket Number 30. Judge Seng denied the order without explanation. Docket Number 31. A request for dismissal may be made after conviction and sentence. United

1

States v. Weber, 721 F.2d 266, 269 (9th Cir. 1983). Further, when the defendant consents to a request for a dismissal, the request should be granted unless the dismissal is "clearly contrary to manifest public interest." Id. at 268.

```
                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: February 25, 2013      By:  /s/ Ian P. Whitney
                                   IAN P. WHITNEY
                                   Assistant U.S. Attorney


Dated: February 25, 2013      By:  /s/ Katherine Hart
                                   KATHERINE HART
                                   Attorney for Defendant
                                   MICHELLE MAZZETTI
```

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that Count 4 of the Criminal Complaint; a violation of 36 CFR 2.34(a)(3) - Disorderly Conduct - Unreasonable Noise, against Michelle Mazzetti, be dismissed, with prejudice, in the interest of justice. The conviction entered on May 17, 2012 and sentence passed on August 9, 2012 are hereby vacated.

This order terminates this matter.

IT IS SO ORDERED.

Dated:   February 26, 2013                                    _____
                                                                SENIOR DISTRICT JUDGE

3